| | |
|---|---|
| Desmond C. Lee (CA Bar #158952)<br>dlee@deconsel.com<br>Yuliya Mirzoyan (CA Bar #247324)<br>ymirzoyan@deconsel.com<br>DeCARLO, CONNOR & SHANLEY<br>A Professional Corporation<br>533 South Fremont Avenue, Ninth Floor<br>Los Angeles, California 90071-1706<br>Telephone:  (213) 488-4100 | **E-FILED 6/28/2010** |

Attorneys for Petitioner SOUTHWEST
REGIONAL COUNCIL OF CARPENTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, a labor organization,<br><br>            Petitioner,<br><br>      vs.<br><br>T. J. HALE COMPANY, INC., an Wisconsin business entity; and DOES 1 through 50,<br><br>            Respondents. | CASE NO. CV-10-02646 GAF(SSx)<br><br>[PROPOSED] JUDGMENT TO CONFIRM ARBITRATION AWARD |

Upon consideration of the contentions of the parties before this Court on notice duly given, and this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by Arbitrator Louis M. Zigman on October 5, 2009 is hereby confirmed and enforced, and Respondent T.J. Hale Company, Inc. shall comply with the Award, including paying "compensation for two employees for two days each who performed "cash wraps" at eight stores for a total of 128 hours–plus compensation for "pick-up"

1 | work in all fifteen of Kohl's stores totaling 120 hours–for a total of 248 hours at
2 | the journeyman rate of $40.65 which equals ten thousand eighty-one dollars and
3 | twenty-cents.  ($10,081.20)[.]"
4 |         IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California
5 | Civil Code Section 3289, Respondent T.J. Hale Company, Inc. shall pay interest on
6 | the sum of $10,081.20 at a rate of 10 percent per annum from the time it breached
7 | the collective bargaining agreement to the date this judgment was entered.
8 |         This Court retains jurisdiction for purposes of confirming and enforcing any
9 | further award made by the arbitrator.
10 |
11 |         IT IS SO ORDERED AND ADJUDGED.
12 |
13 |
14 | DATED: June 25, 2010                    _____
15 |                                                United States District Judge